**Ernest MATZ, Appellant**

v.

**PLAYLAND, INC.**

**No. 17422.**

United States Court of Appeals
Eighth Circuit.

Nov. 26, 1963.

John P. Miller, Omaha, Neb., for appellant.

Philip Willson, Council Bluffs, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed on stipulation of parties.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner,**

v.

**McNUTT-BOYCE COMPANY, Respondent.**

**No. 20341.**

United States Court of Appeals
Fifth Circuit.

Dec. 20, 1963.

Crane C. Hauser, Chief Counsel, I. R. S., Glen E. Hardy, Atty., I. R. S., Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, David O. Walter, William A. Friedlander, Attys., Dept. of Justice, Washington, D. C., for petitioner.

Junius H. Payne, Jr., Alexandria, La., Gerald D. Morgan, Arthur Peter, Jr., Lee I. Park, Washington, D. C., Hamel, Morgan, Park & Saunders, Washington, D. C., for respondent.

Before RIVES, JONES and WISDOM, Circuit Judges.

PER CURIAM.

This controversy between a taxpayer and the Commissioner of Internal Revenue was ably discussed and properly decided by the Tax Court. McNutt-Boyce Company v. Commissioner, 38 T.C. 462. Its decision is

Affirmed.